UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AARON JOSEPH CUNNINGHAM ,

Plaintiff,

v.

UNITED STATES OF AMERICA,
DEA OFFICERS JOHN DOES 1 and
2, and FEDERAL BUREAU OF
INVESTIGATIONS,

Defendants.

NO:  4:17-CV-05045-SMJ

**ORDER DENYING MOTION FOR
SUMMARY JUDGMENT**

BEFORE THE COURT is Plaintiff's Motion for Summary Judgment, ECF

No. 8. Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro

se* and *in forma pauperis*; Defendants have not been served. The Motion was

considered without oral argument on the date signed below.

By separate order the Court has advised Plaintiff of the deficiencies of his

complaint and directed him to amend or voluntarily dismiss. Consequently any

Motion for Summary Judgment is premature.

Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 8, is **DENIED.**

ORDER DENYING MOTION FOR SUMMARY JUDGMENT – 1

The Clerk of Court is **DIRECTED** to enter this Order and forward a copy to Plaintiff.

**DATED** this 16th day of June 2017.

_____

SALVADOR MENDOZA, JR.
United States District Judge